**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | 12-md-02311 Honorable Marianne O. Battani |
| In Re: Wire Harness Cases | : : : : | |
| THIS DOCUMENT RELATES TO: All End-Payor Actions | : : : : : | 2:12-cv-00103-MOB-MKM |

**ORDER GRANTING END-PAYOR PLAINTIFFS' MOTION FOR LEAVE
TO AMEND THE SECOND CONSOLIDATED <u>AMENDED CLASS
ACTION COMPLAINT</u>**

This matter having come before the Court upon End-Payor Plaintiffs' Motion for Leave to Amend the Second Consolidated Amended Class Action Complaint (Dkt. No. 132) ("SCCAC") for the limited purposes of: (1) substituting, adding, and/or dismissing certain proposed class representatives; and (2) adding claims under Arkansas and South Carolina law, pursuant to Arkansas Code Annotated, § 4-88-101, *et seq.*, and South Carolina Unfair Trade Practices Act, S.C. Code Annotated §§ 39-5-10, *et seq.*

The Court having considered the request and determined the request to be made in good faith, that the Motion is not futile, and that Defendants will not be prejudiced by the filing of a Third Consolidated Amended Class Action Complaint at this stage of the litigation,

The motion is therefore GRANTED.

IT IS HEREBY ORDERED that End-Payor Plaintiffs shall file the Third Amended Consolidated Class Action Complaint in the form attached as Exhibit A to End-Payor Plaintiffs' Motion For Leave to Amend the SCCAC within five (5) days of entry of this Order.

IT IS FURTHER HEREBY ORDERED that all discovery requests previously served on any class representative or liaison or lead counsel for End-Payor Plaintiffs prior to the filing of the Third Consolidated Amended Class Action Complaint ("Prior Discovery Requests") shall be deemed served on any class representative substituted or added to the Third Consolidated Amended Class Action Complaint ("New Representatives"), and subject to any objections that may be asserted by New Representatives, including but not limited to objections previously raised by End-Payor Plaintiffs prior to the filing of the Third Consolidated Amended Class Action Complaint, all New Representatives shall fully respond to all Prior Discovery Requests and produce all responsive documents within 30 days of the filing of the Third Consolidated Amended Class Action Complaint.  Moreover, nothing herein shall affect in any way Defendants' right to challenge any motion for class certification on any ground, including but not limited to the adequacy (or lack thereof) of any class representative.

Dated: March 28, 2014                              SO ORDERED

                                                         s/Marianne O. Battani
                                                         HON. MARIANNE O. BATTANI
                                                         UNITED STATES DISTRICT JUDGE