# Exhibt A to the Joint Declaration

**EXHIBIT A**
**In re: Automotive Parts Antitrust Litigation**
**Summary of EPP Class Counsel's Fees and Expenses for the Period January 1, 2016 - December 31, 2016**

| Firm Name | Hours | Lodestar | Expenses |
|---|---:|---:|---:|
| **Co-Lead Firms** | | | |
| Cotchett Pitre & McCarthy | 19,410.50 | 8,071,652.50 | 96,216.97 |
| Robins Kaplan LLP | 11,863.20 | 5,817,263.50 | 84,121.93 |
| Susman Godfrey | 12,549.00 | 5,120,939.50 | 135,774.57 |
| **Liaison Counsel** | | | |
| The Miller Law Firm | 8,739.70 | 3,383,587.50 | 41,877.19 |
| **Non Co-Lead Firms** | | | |
| Ademi & O'Reilly LLP | 253.00 | 65,885.00 | 128.83 |
| Bailey & Glasser, LLP | 382.40 | 87,116.50 | 183.23 |
| Barrack, Rodos & Bacine | 269.75 | 54,465.00 | 34.10 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | 891.00 | 210,987.50 | 1,284.49 |
| Cafferty Clobes Meriwether & Sprengel LLP | 3,211.40 | 1,107,094.00 | 4,782.01 |
| Dampier Law Firm, P.C. | 1,484.70 | 381,967.00 | 0.00 |
| Danna McKitrick, P.C. | 714.10 | 178,240.00 | 0.00 |
| Donald L. Schlapprizzi, P.C. | 508.80 | 103,150.00 | 27.10 |
| Finkelstein Thompson LLP | 9.70 | 6,152.50 | 505.52 |
| Goldman Scarlato & Penny, P.C. | 860.00 | 258,000.00 | 0.00 |
| Gross & Belsky P.C. | 1,968.90 | 684,780.00 | 4,722.40 |
| Grossman LLP | 76.10 | 37,669.50 | 4,042.50 |
| Gustafson Gluek PLLC | 7,155.40 | 2,536,360.00 | 52,899.55 |
| Hagens Berman Sobol Shapiro | 4,815.80 | 1,969,290.10 | 27,438.56 |
| Kirkpatrick & Goldsborough | 12.60 | 3,780.00 | 0.00 |
| Levin Sedran & Berman | 553.30 | 264,880.50 | 4,829.74 |
| Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | 3,320.50 | 1,076,840.00 | 190.90 |
| McCracken, Stemerman & Holsberry, LLP f/k/a Davis, Crowell & Bowe, LLP | 21.10 | 10,275.00 | 1,031.48 |
| Murray Law Firm | 1,719.00 | 448,080.00 | 0.00 |
| NastLaw LLC | 96.20 | 28,500.00 | 85.77 |
| Reich Radcliffe & Hoover LLP | 683.90 | 137,545.00 | 0.00 |
| Shapiro Haber & Urmy LLP | 657.50 | 139,724.00 | 103.90 |
| Stoll Stoll Berne Lokting & Shlachter P.C. | 827.40 | 193,214.50 | 103.66 |
| Straus & Boies, LLP | 1,904.00 | 625,687.00 | 15,483.23 |
| Taus, Cebulash & Landau, LLP | 1,907.10 | 643,255.00 | 4,576.96 |
| The Brualdi Law Firm, P.C. | 787.00 | 157,400.00 | 0.00 |
| The Law Offices of Sylvie Kulkin Kern | 189.40 | 41,240.00 | 0.00 |
| The Saunders Law Firm | 1.60 | 1,280.00 | 0.00 |
| Tycko & Zavareei LLP | 3,404.90 | 1,376,774.90 | 1,229.74 |
| Weinstein Kitchenoff & Asher LLC | 1,357.50 | 582,682.00 | 2,641.96 |
| Wyatt & Blake, LLP | 18.90 | 13,010.00 | 235.70 |
| Zelle LLP | 1,839.01 | 1,226,654.15 | 18,016.73 |
| **SUBTOTAL** | **94,464.36** | **37,045,422.15** | **502,568.72** |

| Index of Compendium to Exhibit A ||
|---|---|
| **Exhibit No.** | **Description** |
| 1 | Declaration of Cotchett, Pitre & McCarthy, LLP By: Steven N. Williams |
| 2 | Declaration of Robins Kaplan LLP By: Hollis Salzman |
| 3 | Declaration of Susman Godfrey LLP By: Marc Seltzer |
| 4 | Declaration of The Miller Law Firm, P.C. By: Marc L. Newman |
| 5 | Declaration of Ademi & O'Reilly LLP By: Shpetim Ademi |
| 6 | Declaration of Bailey & Glasser, LLP By: Eric B. Snyder |
| 7 | Declaration of Barrack, Rodos & Bacine By: Jeffrey B. Gittleman |
| 8 | Declaration of Bonnett, Fairbourn, Friedman & Balint, P.C. By: Elaine A. Ryan |
| 9 | Declaration of Cafferty Clobes Meriwether & Sprengel LLP By: Patrick E. Cafferty |
| 10 | Declaration of The Dampier Law Firm, P.C. By: M. Stephen Dampier |
| 11 | Declaration of Danna McKitrick, P.C. By: Robert L. Devereux |
| 12 | Declaration of Donald L. Schlapprizzi, P.C. By: Donald L. Schlapprizzi |
| 13 | Declaration of Finkelstein Thompson LLP By: Michael G. McLellan |
| 14 | Declaration of Goldman, Scarlato & Penny, P.C. By: Mark S. Goldman |
| 15 | Declaration of Gross Belsky Alonso LLP By: Adam C. Belsky |
| 16 | Declaration of Grossman LLP By: Judd B. Grossman |
| 17 | Declaration of Gustafson Gluek PLLC By: Jason S. Kilene |
| 18 | Declaration of Hagens Berman Sobol Shapiro LLP By: Anthony D. Shapiro |
| 19 | Declaration of Kirkpatrick & Goldsborough, PLLC By: Mary G. Kirkpatrick |
| 20 | Declaration of Levin, Fishbein, Sedran & Berman By: Howard J. Sedran |
| 21 | Declaration of Levin, Papantonion, Thomas, Mitchell, Rafferty & Proctor, P.A. By: Peter J. Mougey |
| 22 | Declaration of McCracken, Stemerman & Holsberry, LLP f/k/a Davis, Crowell & Bowe, LLP by Sarah Grossman-Swenson |
| 23 | Declaration of Murray Law Firm By: Stephen B. Murray |
| 24 | Declaration of Nastlaw LLC By: Dianne M. Nast |
| 25 | Declaration of Reich Radcliffe & Hoover LLP By: Marc G. Reich |
| 26 | Declaration of Shapiro Haber & Urmy LLP By: Thomas G. Shapiro |
| 27 | Declaration of Stoll Stoll Berne Lokting & Shlachter P.C. By: Steve D. Larson |
| 28 | Declaration of Straus & Boies, LLP By: Nathan M. Cihlar |
| 29 | Declaration of Taus, Cebulash & Landau, LLP By: Kevin Landau |
| 30 | Declaration of The Brualdi Law Firm, P.C. By: Richard B. Brualdi |
| 31 | Declaration of The Law Offices of Sylvie Kulkin Kern By: Sylvie K. Kern |
| 32 | Declaration of The Saunders Law Firm By: Terry Rose Saunders |
| 33 | Declaration of Tycko & Zavareei LLP By: Hassan Zavareei |
| 34 | Declaration of Weinstein Kitchenoff & Asher LLC By: Robert S. Kitchenoff |
| 35 | Declaration of Wyatt & Blake, LLP By: James F. Wyatt, III |
| 36 | Declaration of Zelle LLP By: Christopher T. Micheletti |