# EXHIBIT A

**COTCHETT, PITRE & McCARTHY, LLP**

AUTO PARTS (GENERAL)

Litigation Costs from Litigation Funds

March 1, 2016 through February 6, 2017

| **DESCRIPTION** | | **AMOUNT** |
|---|---|---:|
| Attorney Service | $ | 163.00 |
| Class Notice | $ | 2,040,232.75 |
| Depositions | $ | 184,926.65 |
| Document Depository | $ | 563,925.74 |
| Document Production | $ | 30.86 |
| Experts/Consultants | $ | 4,203,796.14 |
| Translations | $ | 227,925.51 |
| Hearing Transcript | $ | 2,178.70 |
| Investigation | $ | 19,150.00 |
| Mediation | $ | 51,511.68 |
| Miscellaneous - Bank Fees | $ | 2,238.95 |
| Service of Process | $ | 1,345.00 |
| Special Master | $ | 34,541.67 |
| | | |
| **TOTAL LITIGATION COSTS** | **$** | **7,331,966.65** |