**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Wire Harness<br>In Re: Instrument Panel Clusters<br>In Re: Heater Control Panels<br>In Re: Bearings<br>In Re: Anti-Vibrational Rubber Parts<br>In Re: Windshield Wipers<br>In Re: Radiators<br>In Re: Starters<br>In Re: Automotive Lamps<br>In Re: Ignition Coils<br>In Re: HID Ballasts<br>In Re: Electronic Powered Steering Assemblies<br>In Re: Fan Motors<br>In Re: Fuel Injection Systems<br>In Re: Power Window Motors<br>In Re: Automatic Transmission Fluid Warmers<br>In Re: Air Conditioning Systems<br>In Re: Windshield Washer Systems<br>In Re: Spark Plugs<br>In Re: Shock Absorbers<br>In Re: Body Sealing Products<br>In Re: Interior Trim Products<br>In Re: Automotive Brake Hoses<br>In Re: Exhaust Systems<br>In Re: Ceramic Substrates<br>In Re: Automotive Steel Tubes<br>In Re: Access Mechanisms<br>In Re: Door Latches | Case No. 2:12-cv-00103<br>Case No. 2:12-cv-00203<br>Case No. 2:12-cv-00403<br>Case No. 2:12-cv-00503<br>Case No. 2:13-cv-00803<br>Case No. 2:13-cv-00903<br>Case No. 2:13-cv-01003<br>Case No. 2:13-cv-01103<br>Case No. 2:13-cv-01203<br>Case No. 2:13-cv-01403<br>Case No. 2:13-cv-01703<br>Case No. 2:13-cv-01903<br>Case No. 2:13-cv-02103<br>Case No. 2:13-cv-02203<br>Case No. 2:13-cv-02303<br>Case No. 2:13-cv-02403<br>Case No. 2:13-cv-02703<br>Case No. 2:13-cv-02803<br>Case No. 2:15-cv-03003<br>Case No. 2:15-cv-03303<br>Case No. 2:16-cv-03403<br>Case No. 2:16-cv-03503<br>Case No. 2:16-cv-03603<br>Case No. 2:16-cv-03703<br>Case No. 2:16-cv-03803<br>Case No. 2:16-cv-04003<br>Case No. 2:16-cv-04103<br>Case No. 2:17-cv-11637 |
| THIS DOCUMENT RELATES TO:<br><br>END PAYOR ACTIONS | |

**GEICO'S UPDATED STATEMENT OF CONFERRAL RE ITS MOTION TO INTERVENE AND STAY FINAL FAIRNESS DETERMINATION –** *EXPEDITED TREATMENT REQUESTED*

PLEASE TAKE NOTICE that GEICO Corporation, Government Employees Insurance Co., GEICO General Insurance Co., GEICO Indemnity Co., GEICO Casualty Co., GEICO Advantage Insurance Co., GEICO Choice Insurance Co., GEICO Secure Insurance Co., GEICO County Mutual Insurance Co. (collectively, "GEICO"), by their counsel listed below, respectfully submit this Updated Statement of Conferral regarding its Motion to Intervene and Stay Final Fairness Determination – Expedited Treatment Requested ("Motion").

As required by Local Rule 7.1(a), counsel for GEICO emailed counsel for the Round 3 Settling Defendants[1] and Settlement Class Counsel shortly before filing the instant motion on August 14, 2018 to confer. Counsel for the Round 3 Settling Defendants and Settlement Class Counsel indicated they would be available for conferral call on Wednesday or Thursday. Given GEICO's interests at stake, GEICO believed it necessary to file this Motion as soon as

---

[1] The Round 3 Settling Defendants include: Aisan Industry Co., Ltd.; Aisan Corporation of America; Franklin Precision Industry, Inc.; Hyundam Industrial Co., Ltd.; ALPHA Corporation; Alpha Technology Corporation; Alps Electric Co., Ltd.; Alps Electric (North America), Inc.; Alps Automotive, Inc.; Robert Bosch GmbH; Robert Bosch LLC; Bridgestone Corporation; Bridgestone APM Company; Calsonic Kansei Corporation; CalsonicKansei North America, Inc.; Chiyoda Manufacturing Corporation; Chiyoda USA Corporation; Continental Automotive Systems, Inc.; Continental Automotive Electronics, LLC; Continental Automotive Korea Ltd.; Diamond Electric Mfg. Co., Ltd.; Diamond Electric Mfg. Corp.; Eberspächer Exhaust Technology GmbH & Co. KG; Eberspächer North America, Inc.; MAHLE Behr GmbH & Co. KG; MAHLE Behr USA Inc.; Faurecia Abgastechnik GmbH; Faurecia Systèmes d'Échappement; Faurecia Emissions Control Technologies, USA, LLC; Faurecia Emissions Control Systems, N.A., LLC; Hitachi Automotive Systems, Ltd.; Hitachi Metals, Ltd.; Hitachi Cable America Inc.; Hitachi Metals America, Ltd.; INOAC Corporation; INOAC Group North America, LLC; INOAC USA Inc.; JTEKT Corporation; JTEKT Automotive North America, Inc.; JTEKT North America Corp., formerly d/b/a Koyo Corporation of U.S.A.; MITSUBA Corporation; American Mitsuba Corporation; Nachi-Fujikoshi Corp.; Nachi America Inc.; NGK Insulators, Ltd.; NGK Automotive Ceramics USA, Inc.; NGK Spark Plug Co., Ltd.; NGK Spark Plugs (U.S.A.), Inc.; Nishikawa Rubber Co. Ltd.; Sanden Automotive Components Corp.; Sanden Automotive Climate Systems Corp.; Sanden International (USA), Inc.; SKF USA Inc.; Stanley Electric Co., Ltd.; Stanley Electric U.S. Co., Inc.; and II Stanley Co., Inc.; Tenneco Inc.; Tenneco Automotive Operating Co., Inc.; Tenneco GmbH; Toyo Tire & Rubber Co., Ltd.; Toyo Automotive Parts (USA), Inc.; Toyo Tire North America OE Sales LLC; Usui Kokusai Sangyo Kaisha, Ltd.; Usui International Corporation; Valeo S.A.; Yamada Manufacturing Co., Ltd.; Yamada North America, Inc.; and Yamashita Rubber Co., Ltd.; and YUSA Corporation.

3

practicable and conveyed this to counsel. Accordingly, GEICO filed its Motion in the above-captioned matters between August 14, 2018 and August 15, 2018. Following, counsel for GEICO participated in a substantive telephonic conferral call with counsel for the majority of Round 3 Settling Defendants and Settlement Class Counsel. Counsel for GEICO and counsel for the Settlement Class and the Round 3 Settling Defendants on the call were unable to come to an agreement on the issues presented in GEICO's Motion.

Dated: August 16, 2018  Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP:

*s/ Dan Goldfine*

Dan Goldfine (Adm ED MI, AZ Bar 018788)
dgoldfine@lrrc.com
201 East Washington St.
Suite 1200
Phoenix, AZ  85004
602-262-5392

Frederick J. Baumann (Adm ED MI, CO Bar 12156)
fbaumann@lrrc.com
Diane R. Hazel (Adm ED MI, CO Bar 42954)
dhazel@lrrc.com
1200 17th Street
Suite 3000
Denver, CO 80202

*Attorneys for Plaintiffs*

MYERS & MYERS, PLLC:

*/s Kelly A. Myers*

Kelly A. Myers (P49143)
kmyers@myers2law.com
Rebecca J. Cassell (P64456)
rcassell@myers2law.com
915 N. Michigan Avenue
Howell, MI 48843
(517) 540-1700

*Local Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of August, 2018, I caused a true and correct copy of the foregoing Motion to Intervene and Stay Final Fairness Determination to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Dan Goldfine*
Dan Goldfine
201 East Washington St.
Suite 1200
Phoenix, AZ  85004
602-262-5392