**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311
Hon. Marianne O. Battani

_____

| | |
|---|---|
| In Re: Wire Harnesses | 12-cv-00103 |
| In Re: Instrument Panel Clusters | 12-cv-00203 |
| In Re: Heater Control Panels | 12-cv-00403 |
| In Re: Bearings | 12-cv-00503 |
| In Re: Anti-Vibrational Rubber Parts | 13-cv-00803 |
| In Re: Windshield Wipers | 13-cv-00903 |
| In Re: Radiators | 13-cv-01003 |
| In Re: Starters | 13-cv-01103 |
| In Re: Automotive Lamps | 13-cv-01203 |
| In Re: Ignition Coils | 13-cv-01403 |
| In Re: HID Ballasts | 13-cv-01703 |
| In Re: Electronic Powered Steering Assemblies | 13-cv-01903 |
| In Re: Fan Motors | 13-cv-02103 |
| In Re: Fuel Injection Systems | 13-cv-02203 |
| In Re: Power Windows | 13-cv-02303 |
| In Re: Automatic Transmission Fluid Warmers | 13-cv-02403 |
| In Re: Air Conditioning Systems | 13-cv-02703 |
| In Re: Windshield Washer Systems | 13-cv-02803 |
| In Re: Constant Velocity Joint Boot Products | 14-cv-02903 |
| In Re: Spark Plugs | 15-cv-03003 |
| In Re: Shock Absorbers | 15-cv-03303 |
| In Re: Body Sealing Products | 16-cv-03403 |
| In Re: Interior Trim Products | 16-cv-03503 |
| In Re: Automotive Brake Hoses | 16-cv-03603 |
| In Re: Exhaust Systems | 16-cv-03703 |
| In Re: Ceramic Substrates | 16-cv-03803 |
| In Re: Automotive Steel Tubes | 16-cv-04003 |
| In Re: Access Mechanisms | 16-cv-04103 |
| In Re: Door Latches | 17-cv-11637 |

_____

THIS DOCUMENT RELATES TO:

End- Payor Actions
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DENY GEICO'S EXCLUSION REQUEST AS INVALID AND INEFFECTIVE AND TO ENFORCE LITIGATION STAYS

Before the Court is Defendants' Motion. For the reasons stated on the record at a hearing held September 26, 2018, the Court **DENIES** Defendants' motion.

**IT IS SO ORDERED.**

Date:   October 5, 2018                           s/Marianne O. Battani
                                                       MARIANNE O. BATTANI
                                                       United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 5, 2018.

                                                       s/ Kay Doaks
                                                       Case Manager