**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311
Hon. Marianne O. Battani

_____

| | |
|---|---|
| In Re: Wire Harnesses | 12-cv-00103 |
| In Re: Instrument Panel Clusters | 12-cv-00203 |
| In Re: Heater Control Panels | 12-cv-00403 |
| In Re: Bearings | 12-cv-00503 |
| In Re: Anti-Vibrational Rubber Parts | 12-cv-00803 |
| In Re: Windshield Wipers | 12-cv-00903 |
| In Re: Radiators | 12-cv-01003 |
| In Re: Starters | 12-cv-01103 |
| In Re: Automotive Lamps | 12-cv-01203 |
| In Re: Ignition Coils | 12-cv-01403 |
| In Re: HID Ballasts | 12-cv-01703 |
| In Re: Electronic Powered Steering Assemblies | 13-cv-01903 |
| In Re: Fan Motors | 13-cv-02103 |
| In Re: Fuel Injection Systems | 13-cv-02203 |
| In Re: Power Windows | 13-cv-02303 |
| In Re: Automatic Transmission Fluid Warmers | 13-cv-02403 |
| In Re: Air Conditioning Systems | 13-cv-02703 |
| In Re: Windshield Washer Systems | 13-cv-02803 |
| In Re: Constant Velocity Joint Boot Products | 14-cv-02903 |
| In Re: Spark Plugs | 15-cv-03003 |
| In Re: Shock Absorbers | 15-cv-03303 |
| In Re: Body Sealing Products | 16-cv-03403 |
| In Re: Interior Trim Products | 16-cv-03503 |
| In Re: Automotive Brake Hoses | 16-cv-03603 |
| In Re: Exhaust Systems | 16-cv-03703 |
| In Re: Ceramic Substrates | 16-cv-03803 |
| In Re: Automotive Steel Tubes | 16-cv-04003 |
| In Re: Access Mechanisms | 16-cv-04103 |

_____

THIS DOCUMENT RELATES TO:

End- Payor Actions
_____/

**ORDER DENYING GEICO'S MOTION TO INTERVENE
AND STAY FINAL FAIRNESS DETERMINATION**

Before the Court is Geico Corporation, Government Employees Insurance Co., GEICO General Insurance Co., GEICO Indemnity Co., GEICO Casualty Co., GEICO Advantage Insurance Co., GEICO Choice Insurance Co., GEICO Secure Insurance Co., GEICO County Mutual Insurance Co.'s (collectively GEICO) Motion to intervene in this matter and stay the Court's final fairness determination of the Round 3 Class Settlements.  For the reasons stated on the record at a hearing held September 26, 2018, the Court **DENIES** GEICO's motion.

**IT IS SO ORDERED.**

Date: October 18, 2018

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 18, 2018.

s/ Kay Doaks
Case Manager